UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paulette B. Nolan,<br><br>    *Plaintiff*,<br><br>v.<br><br>J.A. Cambece Law Office, P.C. and<br>J. Anthony Cambece,<br><br>    *Defendants*. | Civil Action No.:  08-11249 NG |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate that the above action be dismissed with prejudice without costs to any party, and with all rights of appeal waived.

Respectfully Submitted,
Plaintiff,
By his attorney,

  /s/ Kenneth D. Quat
Kenneth D. Quat (BBO# 408640)
QUAT LAW OFFICES
678 Massachusetts Avenue, Ste 702
Cambridge, MA  02139
(617) 492-0522
ken@quatlaw.com

Defendants,
By their attorney,

  /s/ Kathryn E. Pieczarka
Kathryn E. Pieczarka (BBO# 658785)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990
kpieczarka@lawson-weitzen.com

**CERTIFICATE OF SERVICE**

    I, Kathryn E. Pieczarka, hereby certify that a true copy of the above document was served upon Kenneth D. Quat, Esq., QUAT LAW OFFICES, 678 Massachusetts Avenue, Suite 702, Cambridge, Massachusetts 02139 via first class mail on July 15, 2009.

      /s/ Kathryn E. Pieczarka    .
    Kathryn E. Pieczarka (BBO# 658785)